UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 05-01130-CJC(RNBx) | Date | March 24, 2008 |
|---|---|---|---|

| Title | Capitol Records Inc., et al v. Brian O'Leary |
|---|---|

Present: The
Honorable            CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Michelle Urie | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**          ( IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF
SETTLEMENT

The Court, having been advised by counsel that this action has been settled by Notice of Settlement
filed on March 21, 2008, hereby orders this action dismissed without prejudice.  The Court hereby
orders the court trial date of March 25, 2008 at 9:00 a.m. vacated and taken off calendar.

The Court retains jurisdiction for thirty days to vacate this order and to reopen the action upon showing
of good cause that the settlement has not been completed.  This order shall not prejudice any party in
this action.

                                                                                    :        0

                                         Initials of Preparer     MU